**STATE of Missouri, Respondent,**

v.

**George T. RAY, Jr., Appellant.**

No. WD 52852.

Missouri Court of Appeals, Western District.

April 1, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before HANNA, P.J., and ELLIS and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM.

George Ray, Jr., appeals from his conviction by jury of class C felony stealing, § 570.030.3, RSMo 1994. Ray was sentenced

to ninety days in the Callaway County Jail in accordance with the jury's recommendation.

Judgment affirmed. Rule 30.25(b).